# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stacy Marie Vibbert<br>    Debtor(s)<br><br>Quicken Loans Inc., its successors and/or assigns<br>    Movant<br> vs.<br><br>Stacy Marie Vibbert<br>    Debtor(s)<br><br>William C. Miller Esq.<br>    Trustee | CHAPTER 13<br><br><br><br><br><br>NO. 18-16984 REF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of Quicken Loans Inc., which was filed with the Court on or about **November 21, 2018, docket number 11**.

            Respectfully submitted,

          By: **/s/ Rebecca A. Solarz, Esquire**
           Rebecca A. Solarz, Esquire
           KML Law Group, P.C.
           BNY Mellon Independence Center
           701 Market Street, Suite 5000
           Philadelphia, PA  19106
           215-627-1322
           Attorney for Movant/Applicant

April 12, 2019