# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Stacy Marie Vibbert**                                                                  Case No.  __18-16984__
                                         Debtor(s)                                              Chapter   __13__

# PROOF OF SERVICE BY MAIL

I, **Michael J. McCrystal, Esquire** declare that I am a resident of or employed in the County of **Lehigh**, Commonwealth of **Pennsylvania**. My address is **151 Main Street, STE A, Emmaus, PA 18049** . I am over the age of eighteen years of age and am not a party to this case.

On **June 21, 2019**, I served the Notice of Motion to **Approve Professional Compensation** on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail addressed as follows:

Amex
Correspondence
Po Box 981540
El Paso, TX 79998

Bank Of America
Nc4-105-03-14
Po Box 26012
Greensboro, NC 27410

Capital One
Attn: General Correspondence/Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Chase Card Services
Attn: Correspondence
Po Box 15278
Wilmington, DE 19850

Chase Card Services
Attn: Correspondence
Po Box 15278
Wilmington, DE 19850

Comenity Bank/Lane Bryant
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Hyundai Motor Finance
4000 Macarthur Blvd Ste
Newport Beach, CA 92660

Lending Club Corp
71 Stevenson St
Suite 300
San Francisco, CA 94105

Quicken Loans
1050 Woodward Ave
Detroit, MI 48226

SST/Best Egg
Attn: Bankruptcy
4315 Pickett Rd
Saint Joseph, MO 64503

SST/Best Egg
Attn: Bankruptcy
4315 Pickett Rd
Saint Joseph, MO 64503

Synchrony Bank/Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Sams
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **June 21, 2019**.

_____
Signature