IN RE: Stacy Marie Vibbert						IN THE UNITED STATES
											BANKRUPTCY COURT FOR
											THE EASTERN DISTRICT OF
											PENNSYLVANIA

											CASE NO. 18-16984
											Chapter 13

## *ORDER*

      AND NOW, this __22nd__ day of July 2019, upon the certification of Michael J. McCrystal, Esquire, attorney for the debtors, of the legal work performed in the above proceeding and there being no objection thereto, IT IS ORDERED:

1. Michael J. McCrystal, Esquire is allowed a fee in the amount of three thousand eight hundred seventy five dollars and zero cents ($3,875.00) {less the sum of $1,550.00 already received} for services rendered as set forth in the FINAL Application for Approval of Professional Compensation.

2. Michael J. McCrystal, Esquire is allowed reimbursement for expenses in the amount of zero cents ($0.00).

3. A net claim is allowed in favor of Michael J. McCrystal, Esquire in the amount of two thousand three hundred twenty five dollars and zero cents ($2,325.00).

											BY THE COURT:

											_____
											USBJ