United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 18-16984-amc
Stacy Marie Vibbert                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: ChrissyW          Page 1 of 1          Date Rcvd: Jul 22, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2019.
db             +Stacy Marie Vibbert,    412 Buckingham Drive,    Northampton, PA 18067-1655

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2019 at the address(es) listed below:
        MICHAEL J. MCCRYSTAL    on behalf of Debtor Stacy Marie Vibbert mccrystallaw@gmail.com,
        sueparalegal@gmail.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
        ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
        ecfmail@readingch13.com,  ecf_frpa@trustee13.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
        ECF_FRPA@Trustee13.com
                                                                                TOTAL: 6

IN RE: Stacy Marie Vibbert

IN THE UNITED STATES
BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF
PENNSYLVANIA

CASE NO. 18-16984
Chapter 13

## *ORDER*

AND NOW, this __22nd__ day of July 2019, upon the certification of Michael J. McCrystal, Esquire, attorney for the debtors, of the legal work performed in the above proceeding and there being no objection thereto, IT IS ORDERED:

1.  Michael J. McCrystal, Esquire is allowed a fee in the amount of three thousand eight hundred seventy five dollars and zero cents ($3,875.00) {less the sum of $1,550.00 already received} for services rendered as set forth in the FINAL Application for Approval of Professional Compensation.

2.  Michael J. McCrystal, Esquire is allowed reimbursement for expenses in the amount of zero cents ($0.00).

3.  A net claim is allowed in favor of Michael J. McCrystal, Esquire in the amount of two thousand three hundred twenty five dollars and zero cents ($2,325.00).

BY THE COURT:

_____
USBJ