Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
**Chapter 13 Case No. 18-16984-PMM**

STACY MARIE VIBBERT  
412 BUCKINGHAM DRIVE  
NORTHAMPTON  PA    18067

Petition Filed Date: 10/19/2018  
341 Hearing Date: 12/11/2018  
Confirmation Date: 06/20/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/14/2019 | $150.00 | | 02/11/2019 | $150.00 | | 03/11/2019 | $150.00 | |
| 04/15/2019 | $150.00 | | 05/13/2019 | $150.00 | | 06/10/2019 | $150.00 | |
| 07/08/2019 | $150.00 | | 08/09/2019 | $150.00 | | 11/22/2019 | $150.00 | |
| 12/26/2019 | $150.00 | | 01/17/2020 | $150.00 | | 02/25/2020 | $150.00 | |
| 03/17/2020 | $150.00 | | 04/20/2020 | $150.00 | | 05/18/2020 | $150.00 | |
| 06/22/2020 | $150.00 | | 07/27/2020 | $150.00 | | | | |

**Total Receipts for the Period: $2,550.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,850.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | AMERICAN EXPRESS NATIONAL BANK<br>»» 003 | Unsecured Creditors | $8,798.20 | $0.00 | $8,798.20 |
| 5 | AMERICAN INFOSOURCE LP<br>»» 005 | Unsecured Creditors | $8,801.41 | $0.00 | $8,801.41 |
| 4 | BANK OF AMERICA NA<br>»» 004 | Unsecured Creditors | $4,986.20 | $0.00 | $4,986.20 |
| 1 | HYUNDAI MOTOR FINANCE COMPANY<br>»» 001 | Unsecured Creditors | $6,191.11 | $0.00 | $6,191.11 |
| 9 | CHASE BANK USA NA<br>»» 009 | Unsecured Creditors | $3,113.42 | $0.00 | $3,113.42 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $19,096.80 | $0.00 | $19,096.80 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $7,427.08 | $0.00 | $7,427.08 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $23,736.53 | $0.00 | $23,736.53 |
| 2 | QUICKEN LOANS INC<br>»» 002 | Mortgage Arrears | $682.15 | $136.35 | $545.80 |
| 10 | McCRYSTAL LAW OFFICES<br>»» 010 | Attorney Fees | $2,325.00 | $2,325.00 | $0.00 |

**Chapter 13 Case No. 18-16984-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,850.00 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $2,461.35 | Arrearages: | $300.00 |
| Paid to Trustee: | $253.65 | Total Plan Base: | $5,400.00 |
| Funds on Hand: | $135.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.