Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 18-16984-PMM**

STACY MARIE VIBBERT  
412 BUCKINGHAM DRIVE  
NORTHAMPTON  PA   18067

Petition Filed Date: 10/19/2018  
341 Hearing Date: 12/11/2018  
Confirmation Date: 06/20/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/17/2020 | $150.00 | | 02/25/2020 | $150.00 | | 03/17/2020 | $150.00 | |
| 04/20/2020 | $150.00 | | 05/18/2020 | $150.00 | | 06/22/2020 | $150.00 | |
| 07/27/2020 | $150.00 | | 08/21/2020 | $150.00 | | 09/21/2020 | $150.00 | |
| 10/20/2020 | $150.00 | | 11/17/2020 | $150.00 | | 01/15/2021 | $150.00 | |
| 02/16/2021 | $150.00 | | 02/24/2021 | $150.00 | | 03/22/2021 | $150.00 | |
| 04/12/2021 | $150.00 | | 04/14/2021 | $150.00 | | | | |

**Total Receipts for the Period: $2,550.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $4,350.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | AMERICAN EXPRESS NATIONAL BANK<br>»» 003 | Unsecured Creditors | $8,798.20 | $109.72 | $8,688.48 |
| 5 | AMERICAN INFOSOURCE LP<br>»» 005 | Unsecured Creditors | $8,801.41 | $109.76 | $8,691.65 |
| 4 | BANK OF AMERICA NA<br>»» 004 | Unsecured Creditors | $4,986.20 | $62.19 | $4,924.01 |
| 1 | HYUNDAI MOTOR FINANCE COMPANY<br>»» 001 | Unsecured Creditors | $6,191.11 | $77.21 | $6,113.90 |
| 9 | CHASE BANK USA NA<br>»» 009 | Unsecured Creditors | $3,113.42 | $38.83 | $3,074.59 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $19,096.80 | $238.16 | $18,858.64 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $7,427.08 | $92.62 | $7,334.46 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $23,736.53 | $296.00 | $23,440.53 |
| 2 | QUICKEN LOANS INC<br>»» 002 | Mortgage Arrears | $632.86 | $632.86 | $0.00 |
| 10 | McCRYSTAL LAW OFFICES<br>»» 010 | Attorney Fees | $2,325.00 | $2,325.00 | $0.00 |

**Chapter 13 Case No. 18-16984-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,350.00 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $3,982.35 | Arrearages: | $300.00 |
| Paid to Trustee: | $367.65 | Total Plan Base: | $5,400.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.