Certificate Number: 13858-PAE-DE-036042904

Bankruptcy Case Number: 18-16984



13858-PAE-DE-036042904

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 5, 2021, at 5:36 o'clock PM EDT, Stacy Marie Vibbert completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 5, 2021                By:   /s/Nicholas Vazquez

                                        Name:   Nicholas Vazquez

                                        Title:  Counselor